IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

:

vs.  **FILED**  CRIMINAL NO. 11-78-2

ALLA SIVCHUK  APR 0 2 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 1ST day of april, 2013, came the attorney for the Government and the defendant being present with counsel, and

[ ]  The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]  A jury has been waived, and the Court has found the defendant not guilty as to:

[X]  The jury has returned its verdict on November 7th, 2011, finding the defendant not guilty as to: 12s

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
Hon. William H. Yohn Jr., J.

cc: U.S. Marshal
    Probation Office
    Counsel

_4/1/13_   _tjm_
Date     By Whom

Cr 1 (4/2006)